IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01336-LTB

ALBERT PETER GRENIER,

     Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

     Respondent.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

     ORDERED that Judgment is entered in favor of Respondent and against Applicant.

     DATED at Denver, Colorado, this 20th day of June, 2014.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk


               By: s/K Lyons
                   Deputy Clerk